### BROWN v. STATE.

(Division A.   May 26, 1947.)

[30 So. (2d) 802.   No. 36371.]

Garth & Cassedy, of Brookhaven and Hazlehurst, and J. D. Womack, of Baton Rouge, La., for appellant.

**Greek L. Rice,** Attorney General, by **Geo. H. Ethridge,** Assistant Attorney General, and **Hugh V. Wall,** of Brookhaven, for appellee.

**Sydney Smith, C. J.**, delivered the opinion of the court.

The evidence is wholly insufficient to support a finding by the jury that the death of Dan Calcott, Jr., was caused by an act of the appellant so grossly negligent "as to be tantamount to a wanton disregard of, or utter indifference to, the safety of human life." Smith v. State, 197 Miss. 802, 20 So. (2d) 701, 706, 161 A. L. R. 1. Consequently the court below should have granted the request of appellant for a verdict of not guilty.

Reversed, and the appellant discharged.